IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| LIAQAT ALI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KENNETH PLATEK, *et al.*,<br><br>*Defendants*. | ) | 1:25-cv-756 (PTG/LRV) |

**ORDER**

This matter is before the Court on Defendants' Motion to Dismiss (Dkt. 9) and Plaintiffs' Notice of Voluntary Dismissal (Dkt. 12). On July 1, 2025, Defendants filed a Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim. Dkt. 9. On July 14, 2025, Plaintiffs filed a Notice of Voluntary Dismissal stating that this matter "is voluntarily dismissed without prejudice against all Defendants." Accordingly, it is hereby

**ORDERED** that this matter is **DISMISSED without prejudice**; it is further

**ORDERED** that Defendants' Motion to Dismiss (Dkt. 9) is **DENIED as moot**.

The Clerk is **DIRECTED** to close this civil action.

Entered this 15th day of July, 2025
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge